JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SAMUEL ZARIAN,

      Plaintiff,

  v.

JACQUES BAGHJAJIAN,

      Defendant.

Case No.: SACV 16-01612-CJC(KESx)

JUDGMENT

      This matter came before the Court on Plaintiff's motion for default judgment on Plaintiff's sole claim. (Dkt. 11.) On February 8, 2017, the Court issued an Order granting Plaintiff's motion. In accordance with the Court's Order, IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff in the amount of $8,330.00. Additionally, Defendant is ordered to provide compliant accessible parking spaces at the

property located at or about 2020 S. Susan Street, Santa Ana, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: February 8, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE